# United States District Court
## Violation Notice

CVB Location Code: MY13

**Violation Number:** 4375335
**Officer Name (Print):** Beach, William
**Officer No.:** 109

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/30/2015 1721
**Offense Charged:** USC 7413 / MTC 13-411 (F)
**Place of Offense:** MD Blvd.

**Offense Description / Factual Basis for Charge:** Displaying Exp Reg. Plates

HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Ramos
**First Name:** Pablo

**Tag No:** ARV 4384  **State:** GA  **Make/Model:** Acura TL  **Color:** Blk

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 70 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 95 Total Collateral Due

### YOUR COURT DATE
Court Address: TBD
Date: TBD
Time: TBD

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 30 Jun, 20 15 while exercising my duties as a law enforcement officer in the APG District of Maryland

I William Beach, while conducting traffic on MD Blvd, noticed a blk in color Acura bearing a GA registration of ARV 4384 exceeding speed, verified by the Talon radar system #T04763, which was calibrated 9-16-14, 32 mph in a 25mph zone. Traffic stop was conducted and the registration came back exp. 12/2014. Driver was identified as Ramos, Pablo. Citation was issued for displaying Exp registration. Verbal warning was issued for speed. Radar was tested prior to its use and had been found to be working true.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/30/2015   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident